Former order, 562 U.S. 810, 131 S. Ct. 400, 178 L. Ed. 2d 265, 2010 U.S. LEXIS 7639.

**No. D-2513. In the Matter of Disbarment of Michael John Romeo.**

563 U.S. 985, 131 S. Ct. 2485, 179 L. Ed. 2d 1242, 2011 U.S. LEXIS 3562.

May 16, 2011. Disbarment entered.

Former order, 562 U.S. 810, 131 S. Ct. 400, 178 L. Ed. 2d 265, 2010 U.S. LEXIS 7530.

**No. D-2514. In the Matter of Disbarment of Lorin Henry Bleecker.**

563 U.S. 985, 131 S. Ct. 2486, 179 L. Ed. 2d 1242, 2011 U.S. LEXIS 3615.

May 16, 2011. Disbarment entered.

Former order, 562 U.S. 810, 131 S. Ct. 400, 178 L. Ed. 2d 265, 2010 U.S. LEXIS 7514.

**No. D-2515. In the Matter of Disbarment of Peter Michael Callegary.**

563 U.S. 985, 131 S. Ct. 2486, 179 L. Ed. 2d 1242, 2011 U.S. LEXIS 3609.

May 16, 2011. Disbarment entered.

Former order, 562 U.S. 811, 131 S. Ct. 400, 178 L. Ed. 2d 266, 2010 U.S. LEXIS 7608.

**No. D-2516. In the Matter of Disbarment of Michael Brian Gilland.**

563 U.S. 985, 131 S. Ct. 2486, 179 L. Ed. 2d 1242, 2011 U.S. LEXIS 3585.

May 16, 2011. Disbarment entered.

Former order, 562 U.S. 811, 131 S. Ct. 400, 178 L. Ed. 2d 266, 2010 U.S. LEXIS 7586.

**No. D-2517. In the Matter of Disbarment of Edward Pepyne, Jr.**

563 U.S. 985, 131 S. Ct. 2486, 179 L. Ed. 2d 1242, 2011 U.S. LEXIS 3614.

May 16, 2011. Disbarment entered.

Former order, 562 U.S. 811, 131 S. Ct. 401, 178 L. Ed. 2d 266, 2010 U.S. LEXIS 7612.

**No. D-2518. In the Matter of Disbarment of Thomas M. Finneran.**

563 U.S. 985, 131 S. Ct. 2486, 179 L. Ed. 2d 1242, 2011 U.S. LEXIS 3593.

May 16, 2011. Disbarment entered.

Former order, 562 U.S. 811, 131 S. Ct. 401, 178 L. Ed. 2d 266, 2010 U.S. LEXIS 7537.

**No. D-2519. In the Matter of Disbarment of Paul Mpande Ngobeni.**

563 U.S. 985, 131 S. Ct. 2486, 179 L. Ed. 2d 1242, 2011 U.S. LEXIS 3555.

May 16, 2011. Disbarment entered.

Former order, 562 U.S. 811, 131 S. Ct. 401, 178 L. Ed. 2d 266, 2010 U.S. LEXIS 7634.